IN THE WESTREN DISTRICT COURT OF THE STATE OF WASHINGTON

IN AND FOR TACOMA DIVISION

FILED _____ LODGED
_____ RECEIVED
OCT 02 2023
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Sterling Jay: Shaw pro per sui juris

Plaintiff

vs.

TRansunion credit Bureaus

EQUIFAX Credit bureaus, Experian, wedil

Defendant Defendant

Case No.: 3:23-CV-5813

REF Case #23CV0622

CONSTITUTIONAL COMMON LAW APPEARANCE

**INTRODUCTION**

THE UNITED STATES DISTRICT COURT OF WASHINGTON STATE TACOMA DIVISION

AND SEFARTH SHAW LLP, 999 Third AVE. #4700 Seattle. WA 98104 are Summonsing

a CORPRATE/CAPITE MINUTUS PERSON - STERLING JAY SHAW © into its foreign

court room.

The Assumed name STERLING JAY SHAW © IS: Trademarked/Copyrighted in the

Public pursuant to de La Haye du Treaty of 5 octobre 1961, ID #F22310969 and

registered with the **"Seal"** of the FEDERAL UNITED STATES DEPARTMENT OF STATE

ID #190373981 as Secured Party/Bailor. For the record UCC-1 Financing Statement

Master ID #20212022640 Agricultural Lien amount one hundred million US dollars on

CORPRATE/CAPITE MINUTUS PERSON.

Now here comes by special appearance pro per sui juris, the lawful undersigned Sterling

Jay: Shaw "living man, on the land of American... This Equity/constitutional common

law action is pursuant to the Congressional Fair Debt Collection Practices Act, 15

U.S.C. §1692, (FCRA) 15 U.S.C. §1681 et seq. In the form of Constitutional Habus Corpus,

for imprisonment of a lawful living man and violation of Congressional findings and

CONSTITUTIONAL COMMON LAW APPEARANCE - 1

assignment letter(s), the lawful living man Sterling Jay: Shaw went into contract on July 8, 1980 and May 24th, 2019, with the FEDERAL UNITED STATES GOVERNMENT D-U-N-S #011878285, issued by the seal of the Department of State "ID #190373981", Issued pursuant to CHXIV State of Sept 15, 1789, 1 Stat 68-69; 22 USC 2657, 22 USC 2651a, 5 USC 301, 28 USC 1733 et, seq, 8 USC 143-43(f), 25 CFR 11.406, RULE 44 Federal Rules of Civil Procedures, Rule 5.1 Constitutional Challenge, and Constitutional Public/Common law, to release/Full/Faith/and Credits* in the form of the secured party creditors/Bailors signature or Autograph on Promissory Note(s) or Retail Contract(s) or any contract for/of Collateral.

This is a constitutional provision self-executing contract, between a recorded living man Sterling Jay: Shaw and a Federal Government agency and or Federal Court System.

~~The lawful secured party/Bailor on record Sterling Jay: Shaw comes with clean hands in equity, for the remedy as the beneficiary.~~

~~"As these presumptions of fair debt recording are based on a bankrupt Fiat money system since 1933, and not Lawful money, which is true currency issued by the United States Treasury, such as gold and silver coins, Treasury notes, and Treasury bonds, pursuant to Constitutional truths inside every Confederation of States of America Constitutions".~~

## Jurisdiction and Venue

This Court along with the Recorded Secured Party Creditor/Bailor has jurisdiction over this common law action pursuant to Article 3 Section 2 CI. 1, Article VI, Clause 2 the Supremacy Clause, 15 U.S.C. §1692, (FCRA) 15 U.S.C. §1681 et seq. 18 U.S.C. § 1962, 28 USC § 1331, 28 USC 1343, in that claim which arise under the constitutional laws of the United States, and this court has supplemental jurisdiction of ~~additional claims pursuant to 18 U.S.C. § § 241- 242, as they all are so related to the federal questions~~ that they form part of the same case or controversy. For the record, Pursuant to **United States** **Congressional Record March 17, 1993,** *Vol. #33, page H-1303 this Federal Court is under Bankrupt*

CONSTITUTIONAL COMMON LAW APPEARANCE - 2

1   Maritime/Admiralty Laws of the sea, as the lawful man Sterling - Jay: Shaw with God given rights of

2   freedom of speech is under Constitutional Common Law of the Land & Soil of America.

3   **Venue is proper in this Court pursuant to; Public Law 91-508, 12 USC §§ 72 – 73, 12 USC § 411,**

4   Equity/constitutional common law(s), The Act (Title VI of Consumer Credit Protection Act), The Fair

5   **Credit Reporting Act, 15 USC § § 1601 – 1692p - 18 U.S.C. § 1962 – 25 CFR 11.406 - 42 USC § 1983,**

6   at least one defendant and the Plaintiff resides in the State of Washington.

7                                                **The Parties**

8   Sterling Jay: Shaw is a private American who is pro per sui juris, in the State of Washington in all Counties

9/10 of Washington State, C/o P.O. Box 213 WOODINVILLE, WA [98072]

11  The Defendant EQUIFAX, P.O. Box 740241, Alanta GA,30374, SEYFARTH SHAW LLP OF 999 Third

12  AVE, SEATTLE, WASHINGTON, and co-conspirers.

13  **The RICO Enterprise:**

14  At all relevant times, the RICO Defendant(s), EQUIFAX Credit bureaus, and co-conspirers, constituted an

15  association in-fact enterprise (the "enterprise") within the meaning of 18 U.S.C. 1961(4), The members of

16  the enterprise are a group of persons associated together for the common purpose of carrying on an ongoing

17  enterprise; specifically, the enterprise had a common, unlawful goal of dismantling the plaintiff's equity

18  abilities for doing business inside commercial Commerce, within a **"true credit report" of a Secured**

19  **Party/Bailor on the record.**

20

21  Impeding his ability to effectively govern his equity abilities, through fraudulent, deceptive, and criminal

22  means, including, but not limited to, falsely creating a poor credit score or unlawful documents and

23  Contracts. The enterprise using predicted acts Section 1961 (1) of RICO also provides that "racketeering

24  activity" includes any act indictable under 18 U.S.C 241 – 242, (relating to the denial of rights or

25  (obstruction of justice). As set forth herein, in furtherance of the scheme to defraud the secured party/bailor

26  **Plaintiff, the RICO Defendants engaged in numerous acts in violation of 18 U.S.C § 241 and 18 U.S.C §**

27  242, including, without limitation, as set forth herein. Each RICO Defendant has conducted and participated,

28

*CONSTITUTIONAL COMMON LAW APPEARANCE - 3*

directly or indirectly, using the unlawful reporting tact's, which violated 1592 USC § 1692g (808) Unfair

Practices.

**As there was no real validation of contracts or debts in equity, pursuant to 15 USC § 1692 (809),**

TRANSUNION Credit bureaus, and co-conspirers profited from Fair Debt Collection Practices Act

(FDCPA) 15 U.S.C. §1692 et seq. EQUIFAX Credit bureaus, and co-conspirers violated 18 U.S.C 1001

(a)(3), by filing many false documents, fictitious - Fraudulent statements - entries - unlawful Contracts of

Debt validation on the credit score of the CORPRATE/CAPITE MINUTUS PERSON - STERLING

JAY SHAW ©...

## Facts statement:

1) It is an established fact that the "Federal United States government is a legal corporation,

which was established February 21, 1871, under the name WASHINGTON DC AND OR

"DISTRICT OF COLUMBIA" 16 Stat. 419 Chapter 62. It was reorganized June 11, 1878; a

bankrupt organization per House Joint Resolution 192 on June 5, 1933, Senate Report 93-549,

and Executive Orders 6072, 6102, and 6246; de facto (define de facto) government, D-U-N-S

#011878285 and The State of Washington/WASHINGTON STATE is a Bankrupt franchise of

the FEDERAL UNITED STATES GOVERNMENT D-U-N-S #011878285, Pursuant to the

**United States Congressional Record March 17, 1993,** Vol. #33, page H-1303.

2) **It is an established fact that all Debts are prepaid see Gold Clause 31 USC § 5118 (2), Public**

**Law 73-10, Public Law Chap. 48, 48 Stat. 112., 12 USC § 411, my Liabilities are "Discharged"**

**pursuant to,** Qui Timet jurisdiction of Equity Law(s), "Uniform Commercial Code" in

accordance with UCC § 3-601 - **Without prejudice** UCC § 1-308 - **Without Dishonor** UCC § 3-

501 - **Without Recourse** UCC § 3-415 - **No Consideration** UCC § 3-303b, and **pursuant** to

Public Law **Chap. 48, 48 Stat. 112, Public Law 95-109, Public Law 11-203. It is an established**

fact that first to record assets and collateral is first to own assets and collateral UCC § 9-511,

**Public Law 116-136, Without prejudice** UCC § 1-308, **Without Dishonor** Cf. UCC § 3-501,

*CONSTITUTIONAL COMMON LAW APPEARANCE - 4*

there must be a "**remedy**". **It is an established fact that "chartered Banks" don't loan lawful** money, but they loan credits by USARY contracts of the borrower(s) equity credits, and Banks are bankrupt inside the UNITED STATES INC since **Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent.** H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The lawful man Sterling Jay: Shaw has no contract with EQUIFAX Credit bureaus, the lawful man wants to know what Laws, process and procedures that gives, EQUIFAX Credit bureaus, *the right to circumvent the, Qui Timet jurisdiction of Equity Law(s),* "Uniform Commercial Code" (UCC) and in direct violation(s) of the Congressional findings of declaration of purpose, for the Credit bureau(s).                                                                    **Liability – Damages are real pursuant to; Equity law(s) - 28 USC § 1343 - 25 CFR 11.406 - 1592 USC § 1692K (813).**

Agents and Principals for EQUIFAX Credit bureaus, by not disclosing to the recorded living man Sterling Jay: Shaw, that the unlawful Credit score was placed against the CORPRATE/CAPITE MINTUTUS PERSON STERLING JAY SHAW ©, which violated the lawful man's equity interest and Transmitting Utility labor number(s) without a **"remedy",** to Sterling - Jay: Shaw a recorded Living Man.

The lawful man disputed assumed loan(s) pursuant to the Equity Law(s), "Uniform Commercial Code" UCC within the 90-day dispute window. Under UCC, "non-disclosure" of essential information, invalidates all contracts. "Fraud Vitiates everything"!

CONSTITUTIONAL COMMON LAW APPEARANCE - 5

The presumption of "He who is silent appears to consent", however, if an entity is not informed... or full disclosure was not provided in writing, the result of the non-disclosure is fraud by deceit, EQUIFAX Credit bureaus, infringed the assumed names that are, Trademarked and Copyrighted; of one FEDERAL NAME STERLING JAY SHAW ©, which is harming the FEDERAL PERSON from doing equity/ commercial commerce inside the federal United states Governmental system, which violates the copyright/trademark of the FEDERAL PERSON.

**Statement of Facts:**

1) It is an established fact that the "Federal United States government is a legal corporation, which was established February 21, 1871, under the name "DISTRICT OF COLUMBIA" 16 Stat. 419 Chapter 62. It was reorganized June 11, 1878; a bankrupt organization per House Joint Resolution 192 on June 5, 1933, Senate Report 93-549, and Executive Orders 6072, 6102, and 6246; de facto (define de facto) government, and The State of Washington/WASHINGTON STATE is a Bankrupt franchise of the FEDERAL UNITED STATES GOVERNMENT D-U-N-S #011878285, Pursuant to the **United States Congressional Record March 17, 1993,** Vol. #33, page H-1303.

2) It is an established fact that all Debts are prepaid see Gold Clause 31 USC § 5118 (2), Public Law Chap. 48, 48 Stat. 112., my Liabilities are **"Discharged" pursuant to** "Uniform Commercial Code" in accordance with UCC § 3-601, **Without prejudice** UCC § 1-308, **Without Dishonor** UCC § 3-501, **Without Recourse** UCC § 3-415, **No Consideration** UCC § 3-303b and pursuant to Public Law Chap. 48, 48 Stat. 112, Public Law 95-109, Public Law 11-203. It is an established fact that first to record assets and collateral is first to own assets and collateral UCC § 9-511, Public Law 116-136, **Without prejudice** UCC § 1-308, **Without Dishonor** Cf. UCC § 3-501, there must be a remedy. It is an established fact that "chartered Banks" don't loan lawful money, but they loan credits by USARY contracts of the borrower and Banks are bankrupt inside the UNITED STATES INC since **Emergency Banking Act, March 9, 1933, 48 Stat. 1,**

CONSTITUTIONAL COMMON LAW APPEARANCE - 6

**Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent.** H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution to Suspend the Gold Standard and Abrogate the Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only.

The lawful man Sterling Jay: Shaw has no contract with EQUIFAX Credit bureaus, the lawful man wants to know what Laws, process and procedures that gives, EQUIFAX Credit bureaus, the right to circumvent the "Uniform Commercial Code" (UCC) and in direct violation(s) of the Congressional findings of declaration of purpose, for the Credit bureau

**Liability – Damages are real pursuant to 28 USC § 1343 – 25 CFR 11.406 – 1592 USC § 1692K (§13).**

Agents and Principals for EQUIFAX Credit bureaus, by not disclosing to the living man Sterling Jay: Shaw, that the unlawful Credit score was placed against the CORPRATE/CAPITE MINTUTUS PERSON STERLING JAY SHAW ©, and the lawful man's transmitting Utility labor number(s) without a remedy, to Sterling - Jay: Shaw a Living Man the lawful man disputed loan pursuant to the "Uniform Commercial Code" UCC within the 90-day dispute window. Under UCC, "non-disclosure" of essentially information, invalidates all contracts. Fraud vitiates everything! The presumption of "He who is silent appears to consent", however, if an entity is not informed… or full disclosure was not provided in writing, the result of the non-disclosure is fraud by deceit, EQUIFAX Credit bureaus, infringed on the lawful mans, Trademark and Copyrights of one FEDERAL NAME STERLING JAY SHAW ©, which is harming the FEDERAL PERSON from doing commerce inside the federal United states Governmental system, which violates the copyright/trademark. The infringement fee of $500,000.00 United States dollars *is due, as the lawful man has lost more business deals due to the negative marks on his credit.*

CONSTITUTIONAL COMMON LAW APPEARANCE - 7

**Remedies**

The infringement fee of $500,000.00 United States dollars *is due, as the lawful man has real injuries and has lost more business deals due to the negative marks on his credit.*

That the Court acknowledge and grants an Arbitration Equity amount for the lawful man; Sterling Jay: Shaw his rights to Copyright/Trademark Infringement payment of $500,000.00 dollars, from EQUIFAX Credit bureaus… That the Court Clerk Rule against EQUIFAX Credit bureaus, violation of Equity contract law through the Qui Timet jurisdiction of Equity law and "Uniform Commercial Code". That the Credit Bureaus like EQUIFAX restore my credit to a score of 750 – 800 for duress and damages and find remedies through lawful arbitration.

**Conclusion**

We remind the Court Clerk that Sterling Jay: Shaw is a recorded Living Man and an American and not any kind of U.S. CITIZEN or Citizen of the UNITED STATES. The latter of the two are "Federal Service Corporation Citizens". Documents recorded into the land recording offices of SNOHOMISH COUNTY WASHINGTON and MARION COUNTY OREGON, and Department of State "Seal", clearly declare(s) the status and jurisdiction of the lawful man Sterling Jay: Shaw, upon the land & soil of the "Republic" of Oregon State and America, EQUIFAX Credit bureau, has infringed on my Copyright/Trademark, 28 U.S.C. § 1338, 28 USC § 1331, 28 USC § 1343 and my Equity Laborer, and Equity Transmitting Utilities numbers that are Secured by liens. My Public recorded UCC-1 financial Statement, making the "living man" Sterling Jay: Shaw the "Secured Party/Bailor" reference #20202023435 and Master ID #20212022640.

TRANSUNION has violated the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 et seq., as well it is an established fact that all Debts are prepaid see; Gold Clause Title 31 Section 5118(2) & Public Law Chap. 48, 48 Stat. 112 and the **"remedy"** bankruptcy of *UNITED STATES 1933*. All debts are accepted for value and returned for value in accordance with Equity law, and

CONSTITUTIONAL COMMON LAW APPEARANCE - 8

Uniformed Commercial Code (UCC). *"DISCHARGED", pursuant to UCC (Uniformed Commercial Code)*
*§3-601, without prejudice, Cf. UCC §1-308, Without dishonor, Cf. UCC §3-501, Without Recourse, Cf. UCC*
*§3-415, No consideration, Cf. UCC §3-303b and (RCW) (Revised Code of Washington) Cf. UCC §1-308, 3-*
*501, 3-415, 3-601 and Public Law Chapter 48, 48 Stat. 112*, for Copyright Infringement, this Equity

Liability Claim is Pursuant to 28 U.S.C. 3202, and 15 U.S.C. 1692K (813), for Payment...

The lawful man is looking for **"Remedy/Relief/Equity Arbitration",** in the amount of

$500,000.00 or Five Hundred Thousand Actual United States dollars for injuries/Duress.

Since the lawful living man Sterling Jay: Shaw went into contract on July 8, 1980 and

May 24th, 2019, with the FEDERAL UNITED STATES GOVERNMENT D-U-N-S

#011878285, issued by the Department of State **"Seal"** "ID #190373981", Issued

pursuant to CHXIV State of Sept 15, 1789, 1 Stat68-69; 22 USC 2657, 22 USC 2651a, 5

USC 301, 28 USC 1733 et, seq, 8 USC 143-43(f), RULE 44 Federal Rules of Civil

Procedures, Criminal Coercion law(s), and Constitutional Public/Common law, to

release/Full/Faith/and Credits* in the form of the secured party creditors/Bailors

signature or Autograph on Equity Contract(s), Promissory Note(s) or Retail Contract(s)

or any contract for Collateral.

*This is a self-executing contract of Equity and Constitutional Guarantees.*

**NOTICE TO PRINCIPAL IS NOTICE TO ALL AGENT(S), NOTICE TO AGENT IS NOTICE TO ALL**

**PRINCIPAL(S).**

Dated this __2__, day of __October__, 2023.

BY: _Sterling Jay: Shaw_
Sterling Jay: Shaw,
Done in Good Faith - Without Prejudice - All Rights Reserved

CONSTITUTIONAL COMMON LAW APPEARANCE - 9

Exhibit
A

# State of Washington

## Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

| | | |
|---|---|---|
| | **Apostille** | |
| | (Convention de La Haye du 5 octobre 1961) | |
| 1. | **Country**<br>Pays / País | United States of America |
| | **This public document**<br>Le présent acte public / El presente documento público | |
| 2. | **has been signed by**<br>a été signé par<br>ha sido firmado por | JOHN AUSTIN |
| 3. | **acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | Notary Public, state of Washington |
| 4. | **bears seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revistido del sello / timbre de | JOHN AUSTIN |
| | **Certified**<br>Attesté / Certificado | |

| 5. | **at**<br>à / en | Olympia, Washington | 6. | **the**<br>le / el día | September 15, 2023 |
|---|---|---|---|---|---|

| 7. | **by**<br>par / por | Steve R. Hobbs, Secretary of State, State of Washington |
|---|---|---|
| 8. | **Number**<br>sous nombre / bajo el número | S22380693 |

| 9. | **Seal / stamp**<br><br>Sceau / timbre<br>Sello / timbre | | 10. | **Signature:**<br>Signature:<br>Firma: | Steve R Hobbs |
|---|---|---|---|---|---|

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.wa.gov/corps/apostilles

This certificate does not constitute an apostille under the Convention of 5 October 1961 Abolishing the Requirement of Legalization for Foreign Public Documents for those countries that have neither ratified nor acceded to that Convention, and remains subject to additional applicable authentication requirements.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en/au États-Unis d'Amérique, ses territoires ou possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.wa.gov/corps/apostilles

Esta Apostilla certifica únicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado, y en su caso, la identidad del sello o timbre del que el documento público este revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expedió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostille se puede verificar en la dirección siguiente: www.sos.wa.gov/corps/apostilles

Dear Sir/Madam:

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCPAL

Applicable to all successors and assigns.
*Silence is Acquiescence, Agreement, Dishonor*
**This is a self-executing contract.**

It has come to my attention that on July 15, 2021, that I did not have my Declaration of living man/person status notarized to keep me in compliance with the Apostille Hague Treaty of Octobre 5th 1961, recorded Snohomish County Reference number 202107150684. Which the lawful living man Sterling Jay: Shaw went into contract on May 24th, 2019, with the FEDERAL UNITED STATES GOVERNMENT, issued by the Department of State "ID #190373981", Issued pursuant to CHXIV State of Sept 15, 1789, 1 Stat68-69; 22 USC 2657, 22 USC 2651a, 5 USC 301, 28 USC 1733 et, seq, 8 USC 143-43(f), RULE 44 Federal Rules of Civil Procedures, and Constitutional Public/Common law, to release/Full/Faith/and Credits* in the form of the secured party creditors/Bailors signature or Autograph on Promissory Note or Retail Contracts or any contract for Collateral.

PRAIRIE STAR NATIONAL TRUST HERE BY CERTIFY that the attached reproduction of documents is a copy of the original documents on file with the Secretary of State Washington and Department of State Washington DC and our National office.

Attachments:  1) Certificate of life; two witness/testimonies, 2) Certificate of Authentication Secured Party Creditor, 3) Affidavit of Status as Secured Party Creditor, 4) Apostle-Birth Certificate, 5) UCC-1 & Security Agreement 6) Declaration of Citizenship – American National 7) Evidence of Life/ Queens Bench 8) Common Law COPYRIGHT/TRADEMARK Notice 9) Assumed Name/Trademark copy Minnesota filing 10) Certified mailing Affidavit

Respectively by: Sterling Jay: House of Shaw

Autographed By: *Sterling Jay: Shaw* Dated; *9-15-2023*

"Done in Good Faith-Without Prejudice-All Rights Reserved"

ACKNOWLEDGEMENT By:

State of Washington "Republic", County of Thurston, Subscribed and sworn to (or affirmed) before me on this _____ *15 th* _____ day of *September* , 2023.

Evidence to be the lawful Living man who appeared before me

WITNESS my hand and official seal.

Signature by: _____

JOHN AUSTIN
Notary Public
State of Washington
Commission # 198305
My Comm. Expires Mar 7, 2026

## AFFIDAVIT OF CITIZENSHIP/LIVING MAN EVIDENCE

The Lawful Living _Sterling Jay: Shaw_ , natural man, private common man, within Washington State a "Republic", and Created in the image of the Living Creator, Genesis 1: 26-30; the lawful man was created in the "Republic" Nation State of Oregonian, as a Living Man a Micro Nation of Oregonian, the lawful living Man Sterling Jay: House of Shaw, with Natural Rights, coming before the World by special appearance (de bene esse), whose jurisdiction is inside the land, soil, and Air jurisdiction of America, the lawful living man being duly sworn, under Common Law. The lawful man, declare under penalty of perjury under the Public Law of The United States of America and from without the United States and without the United States of America Territories, that I have never knowingly, willingly, and voluntarily pledged myself to any incorporated entity at all, including but not limited to any incorporated church, synagogue, mosque or temple, that the lawful man has never knowingly, willingly, or voluntarily pledged myself to any foreign sovereign or separated myself from my Created birthright political status; That the lawful man reject, renounce, and remove all and any allegiance to any Jesuit(s) General, principalities of evil, king or prince, any foreign state, foreign government, flag, or thing. The Lawful man hereby declares my intention and desire to be a **"national, with God given Constitutionally protected Rights"** and not a **"citizen of the United States corporation of (1781)"**, in a condition of **voluntary servitude** with civil rights, under the scope and preview of the 14th Amendment.

As a national, the Lawful Living Man, is an 'Non-resident' to the residency and 'alien' to the condition of **'Voluntary servitude/slavery'** of the 14th Amendment.

National status is deceptively identified at 26 C.F.R. 1.1-1(a) as a 'non-resident alien'.

I declare my political status as an American, Created within the physical borders of: [Nation State of Oregonian a (Republic)]

This Declaration is valid, true, correct, and complete in all jurisdictions of law: air, land, and sea.

**Notice to Principals is Notice to Agents; Notice to Agents is Notice to Principals.**

Respectfully By: Sterling Jay: House of Shaw — Lawful Living Man - Donor/Beneficiary **(sui juris)**.

Signed by: _Sterling 'Jay: Shaw_   Dated: _06-06-2023_

"Done in good faith - Without Prejudice — All rights reserved".

ACKNOWLEDGMENT

County of Thurston                    )

Washington State                      )

Today, before me, a Commissioned Public Notary, visited the living man Sterling Jay: House of Shaw, who have in my presence affirmed this document on this _6th_ day of ~~May~~ June 2023.

Signed by: _Sterling Shaw_

Public Notary _____         Sealed:

JENNIFER ESPADA
NOTARY PUBLIC #150500
STATE OF WASHINGTON
MY COMMISSION EXPIRES
10-08-26

*Washington*
*ce of the Secretary of State*
*Invalid if Removed*

# State of Washington
## Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

## Apostille
(Convention de La Haye du 5 octobre 1961)

| | | |
|---|---|---|
| 1. | **Country**<br>Pays / País | United States of America |

**This public document**
Le présent acte public / El presente documento público

| | | |
|---|---|---|
| 2. | **has been signed by**<br>a été signé par<br>ha sido firmado por | J D MONTOYA |
| 3. | **acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | Notary Public, state of Washington |
| 4. | **bears seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revistido del sello / timbre de | J D MONTOYA |

**Certified**
Attesté / Certificado

| | | | | |
|---|---|---|---|---|
| 5. | **at**<br>à / en | Olympia, Washington | 6. | **the**<br>le / el día    June 14, 2023 |
| 7. | **by**<br>par / por | Steve R. Hobbs, Secretary of State, State of Washington | | |
| 8. | **Number**<br>sous nombre / bajo el<br>número | F22310969 | | |

| | | | | |
|---|---|---|---|---|
| 9. | **Seal / stamp**<br><br>Sceau / timbre<br>Sello / timbre |  | 10. | **Signature:**<br>Signature:<br>Firma: |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.wa.gov/corps/apostilles

This certificate does not constitute an apostille under the Convention of 5 October 1961 Abolishing the Requirement of Legalization for Foreign Public Documents for those countries that have neither ratified nor acceded to that Convention, and remains subject to additional applicable authentication requirements.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en/au États-Unis d'Amérique, ses territoires ou possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.wa.gov/corps/apostilles

Esta Apostilla certifica unicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado, y en su caso, la identidad del sello o timbre del que el documento publico este revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expidió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.wa.gov/corps/apostilles

Sterling Jay: Shaw
P.O. Box 213
Woodinville, WA 98072

Pursuant to, Common Laws of Copyrights/Trademarks and 15 USC 1114(1).
Was established on July 8, 1980.

Re: Copyright/Trademark Violation

To Whom It May Concern:

I am the owner of rights to the mark which is described in the enclosed materials ("mark"). The
mark has been registered with the United States Registration No. 20202024335 Department of
State ID #190373981 has been issued for the mark. A copy of the registration certificate is
enclosed for your information.

I have just learned of your use of this copyright/trademark, which is described in the enclosed
materials. Specifically, your use of the trademark is Identical to the name. Your continued use is
likely to cause confusion. Violation pursuant to Common Law Copyrights/Trademark use and 15
USC 1114(1).

From the information that I have received regarding your use, my use of this trademark has
priority over yours based upon my earlier and continuous use, as well as the above federal
registration. Therefore, your use is a violation of my rights.

I am demanding that you immediately stop using the mark described in the enclosed materials or
any other name or mark confusingly similar. You must provide me with an acceptable response,
in order to avoid possible legal action against you.

"Party cannot be bound by contract that he has not made or authorized." **Alexander v. Bosworth** (1915),
26 C.A. 589, 599, 147 P.607. The Corporate person is in an unauthorized contract. The private living man
does not consent to contract and is the lawful lien holder of the corporate person.

Copyright/Trademark infringement $500,000.00 Thousand United States actual money, for each
infringement.
Verification UCC 1 Financial Statement # S 20212013963/20202023435, First lien holder and
Agricultural Lien holder on collateral in the amount of one hundred million dollars.
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCPAL**

Please contact me at the above address if you have any questions or need additional information.

Respectfully: Sterling Jay: Shaw, Secured Party/Bailor
Autographed by: *Sterling Jay: Shaw*        dated 06-14-2023
Done in good faith- Without prejudice-All Rights Reserved

ACKNOWLEDGMENT

STATE OF WASHINGTON                    )

COUNTY OF THURSTON) ss

I certify that I know or have satisfactory evidence that Sterling- Jay: Shaw [Secured Party/Bailor] is the person who appeared before me, and said person acknowledged that He signed this instrument and acknowledge it his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 6-14-2023 _____          Seal or Stamp

Notary: _Montoya_____

Name: _Johnathan David Montoya_

Title: Notary Public in and for the State of Washington

J D MONTOYA
Notary Public
State of Washington
Commission # 194472
My Comm. Expires Jun 17, 2026

# COMMON LAW COPYRIGHT NOTICE
copyright © 1980 STERLING JAY SHAW TRUST.

Notice Provided Under Certified Mail No. _ _

Lawful/Legal Notice provided to:

F Qui Fak
P.O. Box 740241
Atanta, GA 80374

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

Copyright Notice: All rights reserved.

Copyright of trade-name/trademark STERLING JAY SHAW© TRUST including any and all derivatives and variations in the spelling, i.e. NOT limited to all capitalized names: STERLING JAY SHAW TRUST ©, STERLING JAY SHAW©, STERLING SHAW©, STERLING SHAW©, SHAW©, SJS©, SHAW STERLING©, SJS©, SJS SHAW© or any derivatives thereof are under Copyright 1980. Said common-law trade-name/trademark, STERLING JAY SHAW © TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

With the Intent of being Contractually Bound, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of STERLING JAY SHAW©, and all such unauthorized use is strictly prohibited.

By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. This is notification that you are in BREACH. You herein have two options for remedy of this breach of copyright:

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issues a written apology; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described herein below.

3) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is the DEBTOR and STERLING JAY SHAW TRUST© is the Secured Party, and signifies that User:

a) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

b) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents outstanding balance will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is the DEBTOR and STERLING JAY SHAW TRUST© is the Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;

c) Consent and agrees that said UCC Financing Statement described above in "b" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for

# COMMON LAW COPYRIGHT NOTICE

## copyright © 1980 STERLING JAY SHAW TRUST.

maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

d) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

e) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth in authorizes without recourse Trustee/Secured Party's immediate non-judicial lien/foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Sterling-Jay: Shaw, Autograph Common Law Copyright 1980. Unauthorized use of "Sterling-Jay: Shaw" incurs same unauthorized-use fees as those associated with STERLING JAY SHAW© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _206-549-4985_
E-Mail: _Sterlingshaw508 @ gmail_
Or the address provided on the envelope.

_Sterling-Jay: Shaw_
Sterling-Jay: Shaw TTEE
Without Prejudice/Without Recourse
On behalf of STERLING JAY SHAW TRUST©.
Copyright 1980. All Rights Reserved.

**JURAT**

County of _Silver Bow_ )
                         ) Scilicet
_Montana_ State )

SUBSCRIBED AND SWORN TO before me this _6ᵗʰ_ day of _Feb_ A.D. 20 _20_ .

_Patricia Castren_ Seal
Notary Public Signature
My Commission Expires _April 14, 2021_

PATRICIA CASTREN
NOTARY PUBLIC for the
State of Montana
Residing at Butte, Montana
My Commission Expires
April 14, 2021

Uniform Commercial Code
FILE AND SEARCH ONLINE

FILE AN INITIAL FINANCING S

Sign out

**Your transaction has been successfully completed with the Washington State Department of Licensing. This is the only acknowledgment you will receive. Please print this receipt for your record. Then, click on 'View Filing' and print your acknowledgment.**

### UCC1 Receipt of Initial Financing Statement

| | |
|---|---|
| File Number | **2020-130-4756-4** |
| File Date/Time | 5/9/2020 4:01:00 PM |
| Lapse Date | NONE |
| Initial Record Number | 2020-130-4756-4 |
| Filing Office | WA DOL |
| File Status | Accepted |
| Debtor | STERLING JAY SHAW Woodinville, WA 98072 |
| Secured Party | Sterling-Jay: Shaw-bailor Woodinville, WA 98072 |
| Fee Amount ($US) | $39.00 |

**View Filing**        UCC Start Page

Home | Copyright © 2020 DOL

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

**c/o STERLING JAY SHAW TRUST**
**P.O. BOX 213 WOODINVILLE. WA (98072)**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☑ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **STERLING JAY SHAW** | | | |

| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **c/o P.O BOX 213** | **WOODINVILLE** | **WA** | **98072** | **USA** |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| **:Shaw** | **Sterling-Jay** | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **C/O 17610 Woodinville/Snohomish RD #213** | **Woodinville** | **WA** | **98072** | |

4. COLLATERAL: This financing statement covers the following collateral:
**COLLATERAL:  This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; STERLING JAY SHAW TRUST© in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner ′ s name predicated on the ′ Straw-man, ′ Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 136-62-20189/780071, SSN/UCC Contract Trust Account-prepaid account Number: 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; Exemption Identification Number: 541923209, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 781962-SJS-SA.**

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
**Colorado Secretary of State Master ID: 20202023435, See Attchments of collateral**

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 03/10/2021 11:07:33 AM
Master ID: 20212022640
Validation Number: 20212022640
Amount: $8.00

### Debtor: (Individual)

Last name: SHAW          First name: STERLING Middle name: JAY          Suffix:
Address1: C/O 3965 Bethel Road #244
Address2:
City: Port Orchard          State: WA          ZIP/Postal Code: 98366
Province:          Country: United States
The debtor is a transmitting utility.

### Secured Party: (Individual)

Last name: Shaw          First name: Sterling          Middle name: Jay          Suffix:
Address1: c/o 3965 Bethel Road #244
Address2:
City: Port Orchard          State: WA          ZIP/Postal Code: 98366
Province:          Country: United States

### Collateral

Description:
see attached description

### Optional Information

## Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

This financing statement is a: Agricultural Lien

STERLING JAY SHAW; NON-ADVERSE; NON BELLIGERENT; NON-COMBATANT PARTY IS THE DEBTOR/BAILEE; Sterling-Jay: Shaw TRUST NON-ADVERSE; Non-Belligerent; Non-Combatant Party is the Secured Party/Bailor. All property of the DEBTOR now belongs to the Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5, 1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards. In Summation Inclusive Collateral Security list as follows: The Secured Party, Sterling-Jay: Shaw, is a living man, flesh upon the soil of the land known as Washington, and not within fictional boundaries, territories nor jurisdiction of any entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic by such in any scheme or artifice to defraud.

Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non perttienti. This is an Actual and Constructive Notice that all the DEBTOR'S Interest and Property of all Sorts and every kind now held or hereafter acquired is hereby accepted as Collateral and for Securing Contractual Obligations in Favor of the Secured Party as detailed in a TRUE, CORRECT, Notarized Security Agreement in Possession of the Secured Party per the Contract. The above mentioned Secured Party hereby duly gives Notice of Claim to all rights, interest and title. All Claims are property of Secured Party Creditor. The DEBTOR will INDEMNIFY ALL CONTRACTS. The DEBTOR is a Transmitting Utility and is a Trust. All Property is transferred assigned to the Secured Party Creditor. Continued on Attached **#781962-SJS-BT-CAD**

Secured Party's Signature: _Sterling Jay Shaw_      Date: _03-7-202_

# UCC Financing Statement

**Colorado Secretary of State**
Date and Time: 02/26/2020 04:13:53 PM
Master ID: 20202019525
Validation Number: 20202019525
Amount: $8.00

## Debtor: (Organization)

Name: STERLING JAY SHAW TRUST

Address1: C/O PO Box 213

Address2:

City: Woodinville                    State: WA                    ZIP/Postal Code: 98072

Province:                            Country: United States

                                                   The debtor is a transmitting utility.

## Secured Party: (Individual)

Last name: Shaw;             First name: Sterling-        Middle name: Jay              Suffix:

Address1: C/O 17610 Woodinville Snohomish RD #213

Address2:

City: Woodinville                    State: WA                    ZIP/Postal Code: 98072

Province:                            Country: Foreign Other

## Collateral

**Description:**

COLLATERAL:  This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; STERLING JAY SHAW TRUST in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owners name predicated on the Straw-man, Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document 136-62-20189/780071, SSN/UCC Contract Trust Account-prepaid account Number: ████████; Exemption Identification Number: ████████, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No. 781962-SJS-SA, Hold Harmless & Indemnity Agreement No. 781962-SJS-HHIA, Copyright under item no.: 781962-SJS-CLC Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party  Sterling-Jay: Shaw, is living flesh and blood man sojourning upon the soil of the land known as Washington, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held are outstanding belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN).  This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

## Optional Information

### Alternative designation:

In this financing statement, the terms "debtor" and "secured party" shall be read to mean: Bailee/Bailor

This financing statement is filed in connection with a manufactured-home transaction.

**COLLATERAL:**

This is the entry of collateral by Trustee/Secured Party on behalf of the Trust/Estate; STERLING JAY SHAW TRUST© in the Commercial Chamber under necessity to secure the rights, title(s), interest and value therefrom, in and of the Root of Title from inception, as well as all property held in trust including but not limited to DNA, cDNA, cell lines, retina scans, fingerprints and all Debentures, Indentures, Accounts, and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived therefrom nunc pro tunc, contracts, agreements, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man,' Ens legis/Trust/Estate described as the debtor and all property is accepted for value and is Exempt from levy. Lien places on debtor entities is for all outstanding property still owed but not yet returned to trust from entities such as municipalities, governments and the like, not on trust entity itself. Trustee is not surety to any account by explicit reservation/indemnification. The following property is hereby registered and liened in the same: All Certificates of Birth Document ████████████, SSN/UCC Contract Trust Account-prepaid account Number: ████████; Exemption Identification Number: ████████, is herein liened and claimed at a sum certain $100,000,000.00, also registered: Security Agreement No ████████ Hold Harmless & Indemnity Agreement No. ████████ Copyright under item no ████████ Adjustment of this filing is in accord with both public policy and the national Uniform Commercial Code. Trustee/Secured Party Sterling-Jay: Shaw, is living flesh and blood man sojourning upon the soil of the land known as Washington, and not within fictional boundaries, territories nor jurisdiction of any fictional entity including fictional Federal geometric plane(s). Trespass by any agent(s) foreign or domestic, by such in any scheme or artifice to defraud. Full reverence and by ALL AGENTS and Corporations is unambiguously demanded and required. Culpa est immiscere se rel ad se non pertienti. All property currently held are outstanding belongs to the Trust administered by Trustee/Secured Party, Title 46 USC 31343 and Article 1 and 5 of the International Convention on Maritime Liens and Mortgages 1993, Held at the Palis Des Nations, Geneva, From April 19 to May 5,1992 United Nations (UN). This Maritime Lien is under safe harbor and sinking funds provisions through the prescription of Law of Necessity and the doctrines of unconscionably and La Mort Saisit Le Vif in accordance with Applicable Law, Cardinal Orders, Ordinal Orders, and Commercial Standards.

Secured Party's Signature: _Sterling - Jay: Shaw_   Date: _02-06-2020_

# Office of the Minnesota Secretary of State
## Certificate of Assumed Name
### *Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

**ASSUMED NAME:** SHAW Sterling Jay

**PRINCIPAL PLACE OF BUSINESS:** 17610 Woodinville Snohomish Road #213  Woodinville WA 00000 USA

**NAMEHOLDER(S):**

| Name: | Address: |
|---|---|
| Sterling Jay: Shaw | 17610 Woodinville Snohomish Road #213 Woodinville WA 00000 USA |

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

**SIGNED BY:** **Signed By; Sterling Jay: Shaw**

**MAILING ADDRESS:** P.O. Box 213  WOODINVILLE Washington 98072

**EMAIL FOR OFFICIAL NOTICES:** shawhouse8@gmail.com

## Office of the Minnesota Secretary of State
## Certificate of Registration

I, Steve Simon, Secretary of State of Minnesota, do certify that: The proposed name holder listed below has on the date listed below filed an application for the registration of the mark described below. Registration of this mark is granted to the proposed name holder under the terms and subject to the limitations of Minnesota Statutes, Chapter 333. The proposed name holder claims the date listed below as the date of first use of the mark in this state, and the attached drawing, print representation is a true and correct specimen of the mark.

Name of Holder/Proposed:                Sterling Jay: Shaw

Description of Mark:                     STERLING JAY SHAW

Date of First Use in this State:        07/08/1980

Classification of Mark:                  35

Mark Number:                             1388966600029

The certificate has been issued on:     5/8/2023

Steve Simon
Secretary of State
State of Minnesota



Work Item 1388965000026
Original File Number 1388965000026

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
04/27/2023 11:59 PM

Steve Simon
Secretary of State



c/o 3965 Bethel Road SE
Suite 1, PMB # 244
Port Orchard, Washington
Postal Code 98366

psn@prairiestar.net

## CERTIFICATE OF AUTHENTICATION

**To:** All State & Federal Corporate Agencies

## AFFIDAVIT OF STATUS
## SECURED PARTY CREDITOR

**DEBTOR: STERLING J. SHAW** © juristic Person - "Legal Entity" for exclusive use in Commerce, whereas a contractual agreement; by and between DEBTOR and Secured Party Creditor, under a "Security Agreement Contract for Services" dated March 2, 2020 retroactive to July 8, 1980, "Transmitting Utility Account No: 541923209/c74036456

Guarantee Bond No: 541923209 & 136622018/70071 issued March 14, 2019" in the amount of ONE HUNDRED MILLION ($100,000,000.00) in "lawful Money – Gold or silver bullion).

**SECURED PARTY CREDITOR: Sterling Jay: Shaw** – The Living Man; **Donor & Beneficiary: Sterling Jay: Shaw** – the flesh & blood, living man. of the: ESTATE OF STERLING JAY SHAW whereas the Trustee is: **Prairie Star National Trust**.

## VERIFICATION

UCC Financing Statement March 2, 2020 with Security Agreement
Form PSN-781962SJSHAW
**Security Agreement – Contract for Services**
**Between: DEBTOR & Secured Party**

By: *Keith Allan Goulet - Sa Trustee*
————————————————————
Without Prejudice – All Rights Reserved

## Private Security Agreement
### Non Negotiable—Non-Transferable

This Security Agreement is made and entered into on March 1, 2021 by and between **PRAIRIE STAR NATIONAL TRUST** herein after known as SECURED PARTY and the Corporate Entity **STERLING JAY SHAW ens legis**, DEBTOR, herein after "DEBTOR", SOCIAL INSURANCE ACCOUNT NUMBER as assigned by the SS Administration. If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably segregable from said part(s) or portion(s). The Parties, herein after "Parties," are identified as follows:

> SECURED PARTY
> **Prairie Star National, a pure Contract Trust**
> 3965 Bethel Road # 1-244
> Port Orchard, Washington 98366

> DEBTOR – A TRANSMITTING UTILITY
> **STERLING JAY SHAW** ens legis [meaning legally created] and all derivatives thereof
> SOCIAL INSURANCE ACCOUNT NUMBER: Public; As assigned by SS Administration

NOW. THEREFORE, it is hereby agreed as follows"

# AGREEMENT

In consideration for the Secured Party provide certain accommodation to and for the DEBTOR, the DEBTOR PROPERTY shall be held

1. Constituting the source, origin, substance, and being, IE. basis of "per-existing claim," from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a transmitting utility to conduct Commercial Activity as a conduit for the transmission of goods and services to the entity Sterling Jay Shaw the living wo/man, and to interact, contract, and exchange goods, services, obligations, and liabilities with other DEBTORS, corporations, and artificial persons in Commerce;

2. The DEBTOR'S ESTATE is considered "LOST, MISLAID AND ABANDONED PROPERTY. [Lost, mislaid, and abandoned property are categories of the common law of property which deals with personal property or chattel which has left the possession of its rightful owner without having directly entered the possession of another person. Property can be considered lost, mislaid or abandoned depending on the circumstances under which it is found by the next party who obtains its possession. *A finder of property acquires no rights in mislaid property, is entitled to possession of lost property against everyone except the true owner, and is entitled to keep abandoned property*]

The true owner of the DEBTOR Property maybe claimed by providing "lawful claim" including completion of the proper Political Status as an American National and Recording such documents in the county where claimant is domiciled.

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a charge back is provided for in the event of difficulties in collection;

4. Providing the security for payment of all sums due or owing, or to become due or owing, by DEBTOR; and

5. In an effort to preserve the source of the assets, via the sentient existence, exercise of faculties, and labor of the living wo/man **STERLING JAY SHAW**, that provide the valuable consideration sufficient to support any contract which DEBTOR may execute or to which DEBTOR may be regarded as bound by any person whatsoever, DEBTOR, by the acknowledgment upon claiming the same, hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into at the time and date created, and confirms that the preservation document was created to preserve the assets and value, knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby DEBTOR:

FORM PSN-781962SJSHAW                          Page 1                 Secured Party: Prairie Star National

## INDEMNITY CLAUSE

DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to indemnify, defend, and hold the Secured Party harmless for and against any and all claims, losses, liabilities, costs, interests, and expenses, herein after referred to as "Claims" or "Claim," which Claims include without restriction, all legal costs, interests, penalties, and fines suffered or incurred by the Secured Party, in accordance with the Secured Party's personal guarantee with respect to any loan or indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe to any creditor for any reason whatsoever.

The Secured party shall promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, inter alia, copy of any document, correspondence, suit, or action received by or served upon the Secured Party. The Secured party shall fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any claim.

## OBLIGATIONS SECURED

The security interest granted herein secured any and all indebtedness and liability whatsoever of DEBTOR to the Secured
Party, whether direct or indirect, absolute or contingent, due or become due, now existing or hereinafter arising, and however evidenced.

## COLLATERAL:

The collateral to which this Security Agreement pertains to, inter alia, all herein below described personal and real property of DEBTOR, now owned or hereafter, acquired by DEBTOR, in which the Secured Party holds all interest. DEBTOR retains possession and use, and rights of possessions and use, and all proceeds, products, accounts, and fixtures, and the Orders there from, are released to DEBTOR.

1. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;
2. All rents, wages, and income;
3. All land, mineral, water, and air rights;
4. All cottages, cabins, houses, and buildings;
5. All bank accounts, bank "safety" deposit boxes and the contents therein, credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
6. All inventory in any source;
7. All machinery, either farm or industrial;
8. All aircraft, gliders, balloons, and all equipment, accouterments, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
9. All aircraft, yachts, and water crafts, and all equipment, accouterments, baggage, and cargo affixed or pertaining thereto stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
10. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accouterments, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;
11. All livestock and animals, and all things required for the care, feeding use and husbandry thereof;
12. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances;
13. All computers, computer-related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

FORM PSN-781962SJSHAW                Page 3                Secured Party: Prairie Star National

35. All Rights to create documents of travel of every kind whatsoever, inter alia, those signifying diplomatic status and immunity as a free, independent, and Sovereign State-in-fact;

36. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e. mind, body, soul, free will, faculties, and self;

37. All Rights to privacy and security in person and property, inter alia, all Rights to safety and security of all household or sanctuary dwellers or guests, and -all papers and effects belonging to DEBTOR or any household or sanctuary dwellers or guests, against governmental, quasi-governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may by promulgated as the authority for any such intrusion, detainer, entry seizure, search, surveillance, trespass, assault, summons, or warrant;

38. All names used and all Corporations Sole execution and filed, or to be executed and filed, under said names;

39. All intellectual property, inter alia, all speaking and writing;

40. All signature and seals;

41. All present and future retirement incomes, and right to such incomes, issuing from any of DEBTOR accounts;

42. All present and future medical and healthcare rights, and rights owned through survivor-ship, from any of DEBTOR accounts;

43. All applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records, and records numbers held by any entity, for any purpose, however acquired, as well as the analysis and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia, all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, identifying marks, image licenses or travel documents, materials, permits, registrations, and records and records numbers, and the like;

44. All library cards;

45. All credit card, charge, and debit cards, and mortgages, notes, applications, card numbers, and associated record and information;

46. All traffic citations/tickets;

47. All credit of DEBTOR;

48. All parking citations/tickets;

49. All court cases and judgments, past, present, and future, in any court whatsoever, and all bonds, orders, warrants, and other matters attached thereto or derived there from;

50. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts, and any storage boxes within which said items are stored;

51. All tax correspondence, filings, notices, coding, record numbers, and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

52. All banks accounts, bonds, certificated of deposit, drafts, futures, insurance policies, investment securities, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, and the like;

53. All accounts, deposits, escrow accounts, lotteries, over-payments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds, and all records and record numbers, correspondence, and information pertaining thereto or derived there from;

54. All cash, coins, money, Bank of Canada Notes, and Silver Certificates;

55. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds, and all related storage facilities and supplies;

56. All products of and for agriculture, and all equipment, inventories, supplies, contracts, accouterments involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

# ADVISORY

All instruments and documents referenced/itemized above are accepted for value, with all related endorsements, front and back, in accordance with UCC & 3-419 and House Joint Resolution 192 of June 5, 1933. This Security Agreement is accepted for value, property of the Secured Party, and not dis-chargeable in bankruptcy court as the Secured Party's property is exempt from third-party levy. This Security Agreement supersedes all previous contracts or security agreements between DEBTOR and the Secured Party.

DEBTOR agrees to notify all of DEBTORS former creditors, would-be creditors, and any would-be purchasers of any herein described Collateral, of this Security Agreement, and all such personages are expressly so noticed herewith;

This Security Agreement devolves on the Secured Party's heirs and assigns, who are squally as authorized, upon taking title to this Security Agreement, as the Secured Party hold and enforce said Security Agreement via non-negotiable contract, devise, or any lawful commercial remedy.

NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT - NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL

Applicable to all Successors and Assigns

## SIGNATURES

The Secured Party executes this Security Agreement certified and sworn on the Secured Party's unlimited liability true, correct, and complete, and accepts all signature in accord with UCC 3-419.

_STERLING JAY SHAW_____ DEBTOR

PRAIRIE STAR NATIONAL

By:_ _Sterling J. Shaw_____Trustee
　　　Sterling J. Shaw, Without Prejudice
　　　　All Rights Reserved

# State of Washington

## Secretary of State

This Certificate is not valid for use anywhere within the United States of America, its territories or possessions.

### Apostille

(Convention de La Haye du 5 octobre 1961)

| | | |
|---|---|---|
| 1. | **Country**<br>Pays / País | United States of America |

**This public document**

Le présent acte public / El presente documento público

| | | |
|---|---|---|
| 2. | **has been signed by**<br>a été signé par<br>ha sido firmado por | J D MONTOYA |
| 3. | **acting in the capacity of**<br>agissant en qualité de<br>quien actúa en calidad de | Notary Public, state of Washington |
| 4. | **bears seal / stamp of**<br>est revêtu du sceau / timbre de<br>y está revistido del sello / timbre de | J D MONTOYA |

**Certified**

Attesté / Certificado

| | | | |
|---|---|---|---|
| 5. | **at**<br>à / en  Olympia, Washington | 6. | **the**<br>le / el día  June 14, 2023 |

| | | |
|---|---|---|
| 7. | **by**<br>par / por | Steve R. Hobbs, Secretary of State, State of Washington |
| 8. | **Number**<br>sous nombre / bajo el número | F22310969 |

| | | | | |
|---|---|---|---|---|
| 9. | **Seal / stamp**<br><br>Sceau / timbre<br>Sello / timbre |  | 10. | **Signature:**<br>Signature:<br>Firma:  *Steve R Hobbs* |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears.
This Apostille does not certify the content of the document for which it was issued.
This Apostille is not valid for use anywhere within the United States of America, its territories or possessions.
To verify the issuance of this Apostille, see: www.sos.wa.gov/corps/apostilles

This certificate does not constitute an apostille under the Convention of 5 October 1961 Abolishing the Requirement of Legalization for Foreign Public Documents for those countries that have neither ratified nor acceded to that Convention, and remains subject to additional applicable authentication requirements.

Cette Apostille atteste uniquement la véracité de la signature, la qualité en laquelle le signataire de l'acte a agi et, le cas échéant, l'identité du sceau ou timbre dont cet acte public est revêtu.
Cette Apostille ne certifie pas le contenu de l'acte pour lequel elle a été émise.
L'utilisation de cette Apostille n'est pas valable en/au États-Unis d'Amérique, ses territoires ou possessions.
Cette Apostille peut être vérifiée à l'adresse suivante: www.sos.wa.gov/corps/apostilles

Esta Apostilla certifica unicamente la autenticidad de la firma, la calidad en que el signatario del documento haya actuado, y en su caso, la identidad del sello o timbre del que el documento publico este revestido.
Esta Apostilla no certifica el contenido del documento para el cual se expedió.
No es válido el uso de esta Apostilla en Estados Unidos de América, sus territorios o posesiones.
Esta Apostilla se puede verificar en la dirección siguiente: www.sos.wa.gov/corps/apostilles

Washington Office of the Secretary of State Invalid if Removed

Sterling Jay: Shaw
P.O. Box 213
Woodinville, WA 98072

Pursuant to, Common Laws of Copyrights/Trademarks and 15 USC 1114(1).
Was established on July 8, 1980.

Re: Copyright/Trademark Violation

To Whom It May Concern:

I am the owner of rights to the mark which is described in the enclosed materials ("mark"). The mark has been registered with the United States Registration No. 20202024335 Department of State ID #190373981 has been issued for the mark. A copy of the registration certificate is enclosed for your information.

I have just learned of your use of this copyright/trademark, which is described in the enclosed materials. Specifically, your use of the trademark is Identical to the name. Your continued use is likely to cause confusion. Violation pursuant to Common Law Copyrights/Trademark use and 15 USC 1114(1).

From the information that I have received regarding your use, my use of this trademark has priority over yours based upon my earlier and continuous use, as well as the above federal registration. Therefore, your use is a violation of my rights.

I am demanding that you immediately stop using the mark described in the enclosed materials or any other name or mark confusingly similar. You must provide me with an acceptable response, in order to avoid possible legal action against you.

"Party cannot be bound by contract that he has not made or authorized." **Alexander v. Bosworth** (1915), 26 C.A. 589, 599, 147 P.607. The Corporate person is in an unauthorized contract. The private living man does not consent to contract and is the lawful lien holder of the corporate person.

Copyright/Trademark infringement $500,000.00 Thousand United States actual money, for each infringement.

Verification UCC 1 Financial Statement #'S 20212013963/20202023435, First lien holder and Agricultural Lien holder on collateral in the amount of one hundred million dollars.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**NOTICE TO AGENT IS NOTICE TO PRINCPAL**

Please contact me at the above address if you have any questions or need additional information.

Respectfully: Sterling Jay: Shaw, Secured Party/Bailor

Autographed by: _Sterling Jay: Shaw_   dated _06-14-2023_.

Done in good faith- Without prejudice-All Rights Reserved

## ACKNOWLEDGMENT

STATE OF WASHINGTON                    )

COUNTY OF THURSTON) ss

I certify that I know or have satisfactory evidence that Sterling- Jay: Shaw [Secured Party/Bailor] is the person who appeared before me, and said person acknowledged that He signed this instrument and acknowledge it his free and voluntary act for the uses and purposes mentioned in the instrument.

Dated: 6-14-2023 _____                    Seal or Stamp

Notary: _____

Name: _____

Title:  Notary Public in and for the State of Washington

```
J D MONTOYA
Notary Public
State of Washington
Commission # 194472
My Comm. Expires Jun 17, 2026
```

# COMMON LAW COPYRIGHT NOTICE
## copyright © 1980 STERLING JAY SHAW TRUST.

Notice Provided Under Certified Mail No. _ ._  _____

Lawful/Legal Notice provided to:

*SEFATH SHAW LLP*
*999 3rd Ave # 4700*
*Seattle, WA 98104*

This is formal legal/lawful notice that you are in breach of Copyright. This information is pertinent so please read it carefully and/or have your legal team review it as failure to understand or act is not a remedy or defense.

<u>Copyright Notice: All rights reserved</u>.

Copyright of trade-name/trademark STERLING JAY SHAW© TRUST including any and all derivatives and variations in the spelling, i.e. <u>NOT</u> limited to all capitalized names: STERLING JAY SHAW TRUST ©, STERLING JAY SHAW©, STERLING SHAW©, STERLING     SHAW©, SHAW©, SJS©, SHAW STERLING©, SJS©, SJS SHAW© or any derivatives thereof are under Copyright 1980. Said common-law trade-name/trademark, STERLING JAY SHAW ©TRUST may neither be used nor reproduced, neither in whole nor in part, in any manner whatsoever, without the prior, express, written consent and acknowledgment of Trustee/Trust in writing.

With the Intent of being Contractually Bound, any Juristic Person, as well as the agent thereof, by notice of this copyright is noticed that neither said Juristic Person nor agent thereof is authorized to display, nor otherwise use in any manner, the common-law trade-name/trademark nor the copyright described herein, nor any derivative of, nor any variation in the spelling thereof, without the prior, written consent and acknowledgment of Trustee/TRUST, as signified in writing with signed consent. Trustee/Trust neither grants, nor implies, nor otherwise gives consent for any unauthorized use of STERLING JAY SHAW©, and **all such unauthorized use is strictly prohibited.**

**By receipt of this notice you are hereby made aware of this copyright if otherwise ignorant of the fact that said copyright is a matter of public record. <u>This is notification that you are in BREACH</u>. You herein have two options for remedy of this breach of copyright:**

1) You consent to the removal of information and discontinuation of use of all information held in copyright that contains copyrighted materials from all databases publications, chronicles, manifestos, newspapers, and/or records of any type and issues a written apology; or

2) If the first option of this section is neither effected or arrangements to affect cure of breach as described is not engaged within 10 days of return receipt of this Notice then the clause by default will be enacted and you consent to the following Self-executing Contract/Security Agreement in Event of Unauthorized Use as well as Payment Terms as described herein below.

3) **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Notice, both the Juristic Person and the agent thereof, hereinafter jointly and severally "User", consent and agree that any use of trade-name/trademark copyright other than authorized use as set forth herein, constitutes unauthorized use and counterfeiting of property, contractually binds User and renders this Notice a Security Agreement wherein User is the DEBTOR and STERLING JAY SHAW TRUST© is the Secured Party, and signifies that User:

    a) In accordance with the fees for unauthorized use of Trade-Name/Trademark/Copyright, as set forth herein, consents to be invoiced for outstanding balance and agrees that User shall pay TRUST all unauthorized use fees in full within thirty (30) days of the date User is sent "Invoice", itemizing said fees.

    b) Grants Trustee/TRUST the right to invoice three times at thirty day intervals at which time User consents outstanding balance will be filed as a lien/levy via a UCC Financing Statement in the UCC filing office and/or in any county recorder's office, wherein User is the DEBTOR and  STERLING JAY SHAW TRUST© is the Secured Party and that Secured Party may file such lien/levy against property as a security interest in all of User's assets, land and personal property, and all of User's interest in assets, land and personal property, in the sum certain amount of $500,000.00 per each occurrence of use of the common-law copyrighted trade-name/trademark, plus costs, plus triple damages;

    c) Consent and agrees that said UCC Financing Statement described above in "b" is a continuing financing statement, and further consents and agrees with TRUSTS filing of any continuation statement necessary for

# COMMON LAW COPYRIGHT NOTICE
## copyright © 1980 STERLING JAY SHAW TRUST.

maintaining Secured Party's perfected security interest in all of User's property and interest in property pledged as collateral in this Security Agreement and described herein until User's contractual obligation theretofore incurred has been fully satisfied;

d) Waives all defenses; Consents and agrees that any and all such filings described herein going without remedy are not, and may not be considered, bogus/frivolous and that User will not claim such a defense in regard.

e) Appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Obligation as set forth herein granting TRUST/Trustee full authorization and power for engaging in any and all actions on behalf of User including, but not limited to, authentication of a record on behalf of User as Secured Party, at Secured Party's sole discretion, and as Secured Party deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest.

**Terms of Strict Foreclosure:** User's non-payment in full of all unauthorized use fees itemized in Invoice within said ninety (90) day period for curing default as set forth in authorizes without recourse Trustee/Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property, formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by Secured Party upon expiration of said period.

Sterling-Jay: Shaw, Autograph Common Law Copyright 1980. Unauthorized use of "Sterling-Jay: Shaw" incurs same unauthorized-use fees as those associated with STERLING JAY SHAW© TRUST, as set forth in the first paragraph of the first page.

Please feel free to contact us at any of the following if you would like to discuss terms of curing the breach of copyright.

Phone: _206-549-4985_
E-Mail: _Shawhawse 8 @ gmail_
Or the address provided on the envelope.

_Sterling-Jay: Shaw_
Sterling-Jay: Shaw TTEE
Without Prejudice/Without Recourse
On behalf of STERLING JAY SHAW TRUST©.
Copyright 1980. All Rights Reserved.

**JURAT**

County of _SilverBow_ )
_____ ) Scilicet
_Montana_ State )

SUBSCRIBED AND SWORN TO before me this ___6th___ day of ___Feb___ A.D. 20 _20_.

_Patricia Castren_ Seal
Notary Public Signature
My Commission Expires _April 14, 2021_

PATRICIA CASTREN
NOTARY PUBLIC for the
State of Montana
Residing at Butte, Montana
My Commission Expires
April 14, 2021