UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| STERLING JAY SHAW,<br><br>        Plaintiff,<br><br>  v.<br><br>TRANSUNION CREDIT BUREAUS;<br><br>EQUIFAX CREDIT BUREAUS;<br><br>EXPERIAN CREDIT BUREAUS,<br><br>        Defendants. | Case No. 3:23-cv-05813-TMC<br><br>ORDER TO SHOW CAUSE |

       This matter comes before the Court on review of the Court record.

       On September 14, 2023, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions, and Early Settlement. Dkt. 12. In that order, the Court directed that the parties file a Combined Joint Status Report and Discovery Plan no later than December 13, 2023, pursuant to Fed. R. Civ. P. 16 and Local Rules W.D. Wash. LCR 16(a). *Id.* The Court also directed that parties file initial disclosures by December 6, 2023. *Id.* The Court directed that Plaintiff would be responsible for starting the communications needed to comply with the order. *Id.*

ORDER TO SHOW CAUSE - 1

On December 13, 2023, Defendants filed a Joint Status Report. Dkt. 27. The report indicated that Plaintiff did not sign or participate in the Joint Status Report and has not provided initial disclosures. *Id.*

Fed. R. Civ. P. 16 (f)(1) provides that the Court, on motion or on its own, may issue "any just orders including those authorized by Fed. R. Civ. P. 37(b)(2)(A)(ii)-(vii)" if a party "fails to obey a scheduling or other pretrial order." Under Fed. R. Civ. P. 37(b)(2)(A)(v), the Court may dismiss an action or proceeding in whole or in part for failure to obey a court order. It is Plaintiff's responsibility to comply with the court's orders requiring a Combined Joint Status Report and Discovery Plan, and he has not shown that he has done so. Accordingly, Plaintiff must show cause, if any, why this case should not be dismissed without prejudice under Fed. R. Civ. P. 16(f)(1) and 37(b)(2)(A)(v).

Therefore, it is hereby ORDERED that:

- Not later than December 29, 2023, Plaintiff shall show cause in writing why this case should not be dismissed without prejudice for failure to comply with the Court's September 14, 2023 Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions, and Early Settlement, Dkt. 12, Fed. R. Civ. P. 16 and W. D. Wash. Local Civil Rule 16(a).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 15th day of December, 2023.

Tiffany M. Cartwright
United States District Court Judge